UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | **)** | 25 Cr 10171-WGY |
| KRIS BORTNOVSKY, | ) | |
| | ) | |
| Defendant. | ) | |

### APPLICATION TO WITHDRAW POINT ONE OF DEFENDANT'S PENDING VENUE MOTION - TO DISMISS THE INDICTMENT FOR LACK OF VENUE

Based upon very recent disclosures made by the government to the defense in this case, defendant Kris Bortnovsky hereby moves to withdraw Point One of his venue motion pending before this Court, namely, to dismiss the Indictment based upon a lack of venue in the District of Massachusetts.

Respectfully submitted,

/JRF/

_____
JAMES R. FROCCARO, JR., ESQ.
20 Vanderventer Avenue, Suite 103W
Port Washington, New York 11050
Telephone: (516) 944-5062
Facsimile: (713) 228-0034
Email: jrfesq61@aol.com

Attorney for Kris Bortnovsky

## <u>CERTIFICATE OF SERVICE</u>

    I, James R. Froccaro, Jr., hereby certify that on February 4, 2026, a copy of the foregoing document has been served *via* Electronic Court Filing system on all registered participants.

        /JRF/

        _____
        James R. Froccaro, Jr., Esq.